In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00102-CV**
_____

**DARREN CEASAR, Appellant**

**V.**

**904 HOTEL OPERATING LLC D/B/A MCM ELEGANTE HOTEL,**
**Appellee**

On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-200,813-A

**MEMORANDUM OPINION**

In February 2021, Darren Ceasar and 904 Hotel Operating LLC d/b/a MCM Elegante Hotel, who are the parties to the appeal, filed a joint motion in which they ask this Court to dismiss the appeal. The parties filed the joint motion before the Court issued an opinion. The motion complies with the requirements in Rule 42.1 of the Texas Rules of Appellate Procedure, which allows the appellate court to dismiss

1

the appeal. *See* Tex. R. App. P. 42.1. Because there are no other parties to the appeal,

we grant the joint motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 25, 2021
Opinion Delivered March 18, 2021

Before Golemon, C.J., Horton and Johnson, JJ.